ACCEPTED
12-15-00003-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
8/24/2015 2:08:32 PM
CATHY LUSK
CLERK

_____

**12-15-00003-CR**

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

8/24/2015 2:08:32 PM
CATHY S. LUSK
Clerk

_____

**IN THE COURT OF APPEALS
FOR THE TWELFTH APPELLATE DISTRICT
TYLER, TEXAS**

_____

**DEQUISHA JACKSON
v.
THE STATE OF TEXAS**

_____

**APPEAL FROM THE 159TH JUDICIAL DISTRICT COURT
OF ANGELINA COUNTY, TEXAS**

_____

**BRIEF OF APPELLANT
DEQUISHA JACKSON**

_____

Respectfully, Submitted:

*/S/ John D. Reeves*

JOHN D. REEVES
Attorney at Law
1007 Grant Ave
Lufkin, Texas 75901
Phone: (936) 632-1609
Fax: (936) 632-1640
SBOT # 16723000
Email: tessabellus@yahoo.com
**ATTORNEY FOR APPELLANT**

# IDENTITY OF PARTIES AND COUNSEL

## Parties:

Appellant in Trial Court:

Dequisha Jackson # 01972267
Christina Melton **Crain** Unit
1401 State School Road;
Gatesville, TX 76599-

## Trial and Appellate Counsel:

### Appellant:

| | | |
|---|---|---|
| John D. Reeves | **Trial** Jerry Whiteker | John H. Tatum II |
| Attorney at Law | Attorney at Law | Tatum Law Office |
| 1007 Grant Ave. | P.O. Box 1443 | P.O. Box 582 |
| Lufkin, Texas 75901 | Lufkin, Texas 75902 | Lufkin,Texas 75902 |
| Phone: (936) 632-1609 | Phone: 936/634-8568 | Ph: 936-639-4480 |
| Fax: (936) 632-1640 | SBOT: 21361500 | SBOT: 00789674 |
| SBOT # 16723000 | | |

### Appellee:

| | |
|---|---|
| Katrina Carswell | **Trial** Katrina Carswell |
| Angelina County Dist. Atty | Angelina County Dist. Atty |
| P.O. Box 908 | P.O. Box 908 |
| Lufkin, Texas 75901 | Lufkin, Texas 75901 |
| Phone: 936-632-5090 | Phone: 936/ 632-5090 |
| SBOT# 10482700 | SBOT# 104822700 |

**TO THE HONORABLE FIRST COURT OF APPEALS:**

Pursuant to Tex. R. App. P.10.1 and 38.6 (d), the Appellant, Dequisha Jackson, of Angelina County, files this his Motion to Extend Time to File Appellant's Brief.

Dequisha Jackson's brief is currently due on August 21, 2015. Counsel for Dequisha Jackson request a 3 day extension of time to file its brief, to make the brief due on August 24, 2015. This is the third request for extension of time to file Appellant's Brief.

Counsel for Dequisha Jackson relies on the following reasons, to explain the need for the requested extension.

Counsel has contracted strep throat and has been physically limited in his ability to work. Further, In addition to preparing this brief, counsel was also preparing for jury trial this date and needed the weekend to properly proof and edit the brief.

All facts recited in this motion are within the personal knowledge of the counsel signing this motion,

**PRAYER FOR RELIEF**

For the reasons set forth above, Appellant requests that this Court grant this Unopposed Motion for Leave to File Late Brief and extend the deadline for filing the Appellant's Brief up to and including August 24, 2015. Appellant requests all other relief to which he may be entitled.

> */s/John D. Reeves*
> John D. Reeves
> Attorney at Law
> 1007 Grant Street
> Lufkin, Texas 75901
> Phone (936) 632-1609 Fax (936) 632-1640
> SBOT # 16723000
> ATTORNEY FOR APPELLANT

## CERTIFICATE OF CONFERENCE

Pursuant to Tex. R. App. 10.1 (5), certify that the undersigned conferred with opposing counsel who indicated that she does not oppose this motion.

*/s/John D. Reeves*

_____

John D. Reeves


## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Appellant's Motion For Leave to File Late Brief on this 24th day of August, 2015 forwarded to April Ayers-Perez, Assistant District Attorney of Angelina County, aperez@angelinecounty.net, by e-filing.

_____

John D. Reeves
Attorney for Appellant,
Dequisha Jackson